IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEONDRE WALKER, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3208 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, | ) | ORDER AND JUDGMENT |
| | ) | |
| Respondent. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that petitioner's writ of habeas corpus is dismissed without prejudice.

DATED this 4th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court